☛ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v -

XUJIA WANG,
    a/k/a "Jennifer Wang,"
RUOPIAN CHEN,
    a/k/a "Rubin Chen,"

      Defendants.

- - - - - - - - - - - - - - - - x

NOTICE OF INTENT TO
FILE AN INFORMATION

**07CRIM 730**

    Please take notice that the United States Attorney's Office will file an information upon the defendants' waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            August 6, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

              By:  *[signature]*
                    Reed Michael Brodsky
                    Assistant United States Attorney

              AGREED AND CONSENTED TO:

              By:  *[signature]*
                    Catherine L. Redlich, Esq.
                    Attorney for Jennifer Wang

              By:  *[signature]*
                    David Spears, Esq.
                    Attorney for Rubin Chen

*[stamp: Judge McMahon]*

8/6/07 WHEEL A

p.2