**Judge McMahon**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                 :    Waiver of Indictment
        - v -                    :
                                 :    07 CRIM. 730
XUJIA WANG,                      :
    a/k/a "Jennifer Wang,"       :
RUOPIAN CHEN,                    :
    a/k/a "Rubin Chen,"          :
                                 :
        Defendants.              :
                                 :
- - - - - - - - - - - - - - - - x

The above-named defendants, who are accused of one count of violating Title 18, United States Code, Section 371, and three counts of violating Title 15, United States Code, Sections 78j(b) & 78ff, being advised of the nature of the charges and of their rights, hereby waive, in open Court, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant Jennifer Wang

_____
Counsel for Jennifer Wang

_____
Defendant Rubin Chen

_____
Counsel for Rubin Chen

_____
Witness

Date:    New York, New York
         August 7, 2007