## **INDEX OF EXHIBITS**

Exhibit No.

Letter from Ruopian (Rubin) Chen ...................................................................................1

Letter from Xin Chen ..........................................................................................................2

Letter from Yang Gao..........................................................................................................3

Letter from Helen Shi..........................................................................................................4

Letter from Joanna Wu........................................................................................................5

Letter from Chris Solarz.....................................................................................................6