# EXHIBIT 5

Dr. Joanna Wu
REDACTED
Hillsborough, NJ 08844

Oct.29, 2007

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Dear Judge McMahon:

I'm writing this letter to introduce myself and tell you what I know about Rubin Chen and Jennifer Wang, who will be sentenced by Your Honor. My name is Joanna Wu, and I am a Technical Associate working at Colgate Palmolive Company. I graduated from University of Rhode Island with a Ph.D in chemistry in 1999.

I met Rubin in the summer of 1999 when I started my post doctoral research in Prof. Tom Spiro's lab in Chemistry Department at Princeton University, where Rubin was pursing his Ph.D. in the same lab. We worked together on many projects and became very close friends since then.

In my opinion Rubin is a passionate, caring and very friendly person. When I just started my Princeton life in 1999, Rubin offered to show me around the neighborhood, help me search for rental apartment to settle down and get familiar with Princeton. He introduced me to his newly wedded wife Jennifer Wang who was then an Engineering Department student in Princeton and became my friend as well. Rubin and Jennifer love life and enjoy people around them. Sunshine smiles were always on their faces. When I read their lawsuits from the news paper, I was truly shocked and I feel compelled to write to Your Honor a little about them. In my eyes, they are still the same caring, loving persons that I've known for years.

Rubin was one of the most promising Ph.D students at Princeton University when I joined there. He is not only a devoted hard worker, but also a person who loves helping others. I would like to use an example to show how diligent he was and devoted to his work and his colleagues. The major research project back then in Dr. Spiro's lab was to study hemoglobin's structure and function relationship and dynamics for the purpose of providing information to blood substitute research. I remembered we usually need to plant hemoglobin DNAs into E.Coli (nucleus's been taken out) and grew them overnight to extract hemoglobin protein. On the contrary of what people might think, it's not easy to grow E.Coli. Accurate temperature set up and time to add right amount of nutrients are very critical. And the sensitive timing of life maturity of them always results in an early morning harvesting. Rubin voluntarily took up that responsibility and stayed till 3am in the morning to have them harvested and hemoglobin extracted, and stored in the fridge for the next day's experiments. Doing this preparation work would not give him any credits or research advantage, but he never complained and always provided these precious materials to whoever wanted. I believe many Ph.D researchers' work at that time in the lab were benefited from his warm heart volunteer work.

Both Rubin and Jennifer cherish life and they are very generous to people in hardship. There was a young Princeton student died from some accident, Rubin and Jennifer, who didn't know the person at all, donated half of their monthly living expense to the suffered family. At the time, Jennifer was in debt to support her own education at Princeton and Rubin was on student scholarship, which merely supported their day to day living.

In 2000, I had experienced some difficult time in my personal life and suffered a lot both mentally and physically. Rubin and Jennifer were supporting me from the very beginning and helped me get through the toughest days in my life. They often invited me to their home for dinner, comforted me and tried to cheer me up with their warm heart and delicious food. Three of us did a lot of things together during those days, buffet lunches, movies, market fairs, anything you can imagine for these nerdy scientists. Without Rubin and Jennifer's help, I cannot imagine how to survive that darkest period of my life.

I saw their new baby boy soon after he was born. He's so cute and a truly God-sent. He was a little small because of Jennifer's early emergency C-section. Jennifer was still in bed at the time, tears all over her face, and I could hardly look at her. The newborn is God's blessing to them during the most difficult time in their life. Both parents were grateful for the new member of the family and were relieved after the baby arrived safe and sound, as Jennifer experienced high-risk pregnancy and extreme stress right before the birth. As a mother of a two-year old boy, I completely understand their feelings to their son, and how tough it would be to have the baby separated from his parents, especially his mom. I can't imagine how I would be able to cope with what is facing Rubin and Jennifer and most importantly, the baby that they had wanted for so long. I feel heartbreaking to think their baby may grow up without a home and the parents won't be able to take care of the baby for the most important years of the baby's life.

Recently I started reading children stories for my son. Sometimes, I wish there's a magic ball that can turn back time so that I can redo many things I was not happy with in the past. Unfortunately this only exists in fairy tales, but I think, after this incident, there will be a second, new life for Rubin and Jennifer. It's not an ideal way to restart a life like this, yet good people like them will learn from their mistakes. I truly believe they will never do wrongful things again, and given a second chance, they will contribute to the society and be able to help other people again.

Please give them a chance. Give their baby a chance. I'm sure they will not disappoint you and our society.

Knowing what kind of persons they are, I ask the court to show mercy in their sentencing.

Thanks for your leniency and considerations.


Yours truly,

Joanna Wu, Ph.D