# EXHIBIT 6

Chris Solarz
**REDACTED**
New York, NY 10024
christophersolarz@hotmail.com

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Dear Judge McMahon,

I have known Rubin since 2005 when we were both hired by the fund of hedge funds group at ING. Our relationship began professionally – I reported directly to Rubin – but over the years we became friends. Rubin and I worked very closely together, sometimes 12 hours a day, 5 days a week, for over 2 years. We took numerous business trips together during which we came to know each other personally. Over the years I have come to know Rubin as a trustworthy friend, a loyal husband, and a generous person.

Rubin prioritized his work in an efficient way that balanced his demanding work commitments with family. He spoke so highly and often of Jennifer that I felt I knew her before I even met her. Rubin made the most of his time by conducting many of his client meetings over lunch so he could see his wife after work. He earned a reputation of being diligent, responsive and focused among clients, which helped our group build a strong business platform.

As a boss, he generously encouraged me to pursue a balanced life of family, friends, and my passion for running. I am an Ironman triathlete who has run over 120 marathons, swum around Manhattan, climbed to the top of the Empire State Building four times, run 100 consecutive miles, and won dozens of local races, and finding time between a taxing work schedule to train for these events has always been a challenge. My hobby is not readily compatible with a demanding Wall Street job, but with Rubin's understanding and encouragement, I was able to balance my work and running. I left work early on Tuesdays and Thursdays to train in Central Park and on a business trip to London he encouraged me to stay a long weekend for a marathon. Rubin's understanding of my need for outside hobbies stemmed from his own well-balanced family life.

Last year, I mentioned in passing to Rubin that our 15-person office should run the JPMorgan Corporate Challenge 3.5 mile race together the following month. This is not something our office had ever done before, but the possibility of building teamwork and camaraderie appealed to Rubin. Although not a runner himself, he encouraged every last member of our team to run/walk in the race. The evening was a huge success, and raised thousands of dollars for charity. Our team had a great bonding experience that can be

attributed to Rubin's team spirit. (Rubin magnanimously finished in last place for our team!)

I have long admired Rubin for his unique combination of intellect and personality. His positive attitude was contagious around the office and I often found myself in a good mood after just speaking briefly with him. Above all, he was a mentor to me, and it was under his guidance that I found myself enjoying my job for the first time in six years of working on Wall Street. He appreciated my work, valued my opinion, and taught me the skills to critically examine hedge funds. I was fortunate enough to spend countless hours discussing hedge fund strategies with him and greatly benefited from his patience and desire to share his vast knowledge and experience.

Rubin was personally affected by the 9/11 World Trade Center tragedy, and I believe his experience on this day and in its aftermath has molded him into the compassionate man that he is today. Rubin was working in New York City's Financial District on the morning of 9/11/01, and was fortunate enough to evacuate the area by walking 80 blocks uptown. He spent the rest of the day trying to contact his colleagues to make sure they were safe. Rubin didn't take lightly the fact that he was spared and in the following weeks, he volunteered at a soup kitchen to prepare food for those working at Ground Zero and the affected families.

I feel very blessed to have a successful career and loving fiancée, but things weren't always easy for me. My parents separated when I was 8 years old, and my mother raised my sister and me on her own. I didn't have a male father figure during my impressionable years, and instead my mother played both roles to me. Without her undying love and support, I know I wouldn't be the man that I am today. I see these same motherly instincts in Jennifer, and I know that her love and guidance will see **REDACTED** through to becoming an upstanding person.

When considering Rubin's sentence, I ask that you consider his commitment to his family and the sanctity of their family unit. These last eight months have been trying times for Jennifer and Rubin, and with the addition of their beautiful little baby REDACTED Rubin's trial couldn't have come at a more difficult time. Rubin has always been a selfless person and a family man. I plead for your mercy when deciding Rubin and his family's fate.

Sincerely,

Chris Solarz