

U.S. Department of Justice

United States Attorney
Southern District of New York

DOCKET IN CASE #
AS:
DATE,                    CM

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 25, 2008

By Facsimile

The Honorable Colleen McMahon
Chief United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

Re: United States v. Xujia Wang and Ruopian Chen,
    07 Cr. 730 (CM)

Dear Judge McMahon:

The Government consents to the defendants' proposed order submitted today to void the forfeiture order on the grounds that the defendants have reached a settlement agreement with the Securities and Exchange Commission.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Reed Michael Brodsky
Assistant United States Attorney
(212) 637-2492 (tel)

cc:

David Spears, Esq.
Catherine L. Redlich, Esq.